IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:12-cv-652

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CODY WOLFE, ROBERT A. BOTT, SR., )<br>ANDREW K. BOTT, and BARBARA )<br>WOLFE )<br>)<br>Defendants )<br>) | **ORDER** |

Having considered plaintiff in interpleader Metropolitan Life Insurance Company's ("MetLife") motion for discharge from further liability, permanent injunction, and dismissal with prejudice—for good cause shown—IT IS HEREBY ORDERED THAT:

1. MetLife, as a disinterested stakeholder, has fulfilled its obligations concerning the life insurance benefits, plus applicable interest at issue in this case by depositing the sum of $12,729.62 into the Court's registry;

2. Defendants in interpleader Cody Wolfe, Robert A. Bott, Sr., Andrew K. Bott, and Barbara Wolfe are permanently enjoined and restrained from instituting or prosecuting any action or proceeding against MetLife, the AT&T Medical and Group Life Insurance Plan, and AT&T, Inc. in any state or United States court for the life insurance benefits, plus applicable interest payable pursuant to the AT&T Medical and Group Life Insurance Plan as a consequence of the death of Anna L. Dingman-Lotito, except by way of interpleader in this action;

3. MetLife, the AT&T Medical and Group Life Insurance Plan, and AT&T, Inc. are discharged from any and all further liability related to the life insurance benefits, plus applicable interest at issue in this case; and

4. MetLife is dismissed from this case with prejudice.

SO ORDERED, this 4 day of January, 2013

_____
U.S. Magistrate Judge