IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:12-cv-652-RJC-DSC

| METROPOLITAN LIFE INSURANCE COMPANY | ) ) ) | |
|---|---|---|
| Plaintiff | ) ) | |
| v. | ) ) | ORDER |
| CODY WOLFE, ROBERT A. BOTT, SR., ANDREW K. BOTT, and BARBARA WOLFE | ) ) ) ) | |
| Defendants | ) ) | |

**THIS MATTER** is before the Court sua sponte. The Court's "Order" (document #20) entered this date is **WITHDRAWN**.

**SO ORDERED**.

Signed: January 4, 2013

David S. Cayer
United States Magistrate Judge