IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:12-cv-652-RJC-DSC

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY ) ) ) Plaintiff ) ) v. ) ) CODY WOLFE, ROBERT A. BOTT, SR., ANDREW K. BOTT, and BARBARA WOLFE ) ) ) ) ) Defendants ) ) | ORDER |

**THIS MATTER** is before the Court sua sponte. The Court's "Order" (document #20) entered this date is **WITHDRAWN**.

**SO ORDERED**.

Signed: January 4, 2013

David S. Cayer
United States Magistrate Judge