UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-652

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>CODY WOLFE, ROBERT A. BOTT, )<br>SR., ANDREW K. BOTT, and<br>BARBARA WOLFE, )<br>Defendants. ) | FILED<br>CHARLOTTE, NC<br><br>AUG 22 2013<br><br>US District Court<br>Western District of NC<br><br>CLERK'S ORDER OF DISBURSEMENT |

This matter is before the Clerk for purposes of disbursing the interest on principal on deposit with the Clerk in accordance with the August 19, 2013, Order from Honorable Robert J. Conrad, Jr., U.S. District Judge that the funds on deposit with the Court registry be released to Cody Wolfe.

The amount on deposit is $12,731.98 which includes $2.36 interest earned on a principal of $12,729.62.

Therefore, the Clerk shall disburse a total amount of $12,731.98 to Cody Wolfe.

Signed: August 22, 2013